Xenophon Pavlos, appellant, v. Bert Carlson and Milton Adelman, appellees. Gen. No. 38,796.

Opinion filed November 10, 1936.
Sharp & Floyd, for appellant. No appearance for appellees.
Mr. Justice Friend delivered the opinion of the court.

Lithuanian Alliance of America, appellee, v. Home Bank and Trust Company et al., defendants. Theodore A. Poska, conservator of the estate of Felicia Poszka, insane, appellant. Gen. No. 38,834.

Opinion filed November 10, 1936.
Anthony A. Slakis, for appellant. Eugene D. Sullivan and George J. Menkas, for appellee; Kasimir P. Gugis and Abraham Miller, of counsel.
Mr. Justice Friend delivered the opinion of the court.

William M. Richards, appellee, v. Harry Kaplan, appellant. Gen. No. 38,520.

Opinion filed November 10, 1936.
H. J. Rosenberg and Henry A. Kalcheim, for appellant; Abraham Miller, of counsel. Sidney D. Komie and William G. Navid, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Jane Anne Slaughter, by E. M. Slaughter, her father and next friend, appellee, v. Exposition Gateway Parking Corporation et al., defendants. Exposition Gateway Parking Corporation, appellant. Gen. No. 38,611.